nois, First District, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. August Swarz, pro se.* No appearance for respondent.

No. 89. Pantaze et al., Administrators, *v.* Murphy, Trustee. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Luther Nickels* for petitioners. No appearance for respondent.

No. 107. Fidelity Union Casualty Co. *v.* Hanson et al. October 10, 1932. Petition for writ of certiorari to the Supreme Court of Texas denied, upon the ground that the judgment sought here to be reviewed is joint and the record fails to disclose summons and severance. *Hartford Accident & Indemnity Co.* v. *Bunn,* 285 U. S. 169; *Capital National Bank* v. *Board of Supervisors,* 286 U. S. 550. *Mr. John Neethe* for petitioner. No appearance for respondents.

No. 109. Chicago, Burlington & Quincy R. Co. *v.* United States. October 10, 1932. Petition for writ of certiorari to the Court of Claims denied. The motion to remand is also denied. *Messrs. George E. Hamilton* and *John F. McCarron* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, Louis R. Mehlinger,* and *Bradley B. Gilman* for the United States.

No. 37. McHarg *v.* Grimes Savings Bank. October 10, 1932. Petition for writ of certiorari to the Supreme